```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                           :
UNITED STATES OF AMERICA,                                  :
                                                           :
            -v-                                            :
                                                           :    08-CR-823 (VSB)
SONNY PEQUERO,                                             :
                                                           :         ORDER
                                  Defendant.               :
                                                           :
-----------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/1/2015

VERNON S. BRODERICK, United States District Judge:

On December 1, 2014, Defendant Sonny Pequero made a motion to reduce his sentence pursuant to 18 U.S.C. § 3582(c)(2).  On June 23, 2015, I issued an order indicating that the Probation Department issued a Supplemental Presentence Report ("PSR") for Defendant, and directed the parties to inform the Court and the Probation Department of any objections to the PSR by July 24, 2015.  (Doc. 152.)  The Government provided its submission regarding Defendant's potential re-sentencing on July 24, 2015.  (Doc. 158.)

However, on August 11, 2015, Defendant indicated that he did not receive the PSR and requested a copy for his review.  (Doc. 163.)  On August 19, 2015, Defendant provided his objection to the Government's July 24th submission.  On September 1, 2015, my chambers mailed a copy of the PSR to Defendant.

Defendant is hereby GRANTED leave to file his objection (if any) to the PSR on or before September 22, 2015.

The Government is hereby GRANTED leave to respond, on or before September 29, 2015, to:  (1) Defendant's objection to the Government's July 24th submission; and (2) Defendant's objections (if any) to the PSR.

On August 25, 2015, I issued my decision denying Defendant's motion to reduce his sentence without the benefit of Defendant's objection(s).  I hereby withdraw my August 25th decision so that I may consider Defendant's objection(s) in my decision.  Nevertheless, my chambers mailed a copy of my August 25th decision to Defendant since the decision was filed on the public docket and the Government and the public has had access to this decision.

SO ORDERED.

Dated: September 1, 2015
       New York, New York

Vernon S. Broderick
United States District Judge