

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 21, 2021

**By ECF**
The Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

      Re:    **United States v. Sonny Pequero, 08 Cr. 823 (VSB)**

Dear Judge Broderick:

The Government submits this letter in response to defendant Sonny Pequero's motion for early termination of supervised release. *See* ECF No. 197. On October 19, 2009, following a conviction for conspiracy to distribute and possess with intent to distribute heroin, in violation of 21 U.S.C. § 846, the defendant was sentenced principally to 144 months' imprisonment and a supervised release term of five years. *See* ECF No. 94. The defendant was released from BOP custody in or about March 2018 and is being supervised by the Probation Department in the Eastern District of New York ("Probation"). The defendant's supervised release term is set to expire on March 7, 2023. On December 21, 2020, defendant Sonny Pequero filed the instant motion seeking early termination of his supervised release term.

The Government has conferred with Probation and understands that Probation does not object to early termination of the defendant's supervised release term. Indeed, Probation informed the Government that the defendant meets all of Probation's criteria for early termination. Accordingly, the Government defers to Probation's assessment in this case and does not object to the defendant's motion for early termination.

Respectfully submitted,

AUDREY STRAUSS
United States Attorney

by: _____
David J. Robles
Assistant United States Attorney
(212) 637-2550